IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR250 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MELISSA S. EDWARDS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed third request to extend her self surrender date from May 25, 2016, to September 23, 2016 (Filing No. 47). The Court notes that the assigned prosecutor in this district and the supervising pre-trial officer in the Northern District of Iowa do not object to the extension. Therefore,

IT IS ORDERED:

1. The Defendant's Unopposed Third Motion to Extend Self Surrender Date (Filing No. 47) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Friday, September 23, 2016, to the place designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 20th day of May, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge